AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Marshall | ) Case No. 24-6200-MPK |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael MARSHALL,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C.§ 841, distribution of illegal anabolic steroids, a schedule III controlled substance

Date: 03/06/2024

*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. M. Page Kelley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Michael Patrick MARSHALL
Known aliases:
Last known residence: 162 Kendrick Avenue, Apt 3, Quincy, MA 02169
Prior addresses to which defendant/offender may still have ties:

Last known employment: T-Mobile representative
Last known telephone numbers: 857-293-3679
Place of birth: Massachusetts, USA
Date of birth: 05/04/1986
Social Security number: 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
Height: 6' 02"   Weight:
Sex: Male   Race: White
Hair: Bald   Eyes: Blue
Scars, tattoos, other distinguishing marks: Tattoo on right calf; tattoo on right arm

History of violence, weapons, drug use: Possession class B & C, motor vehicle violations, assault w/ dangerous weapon, Resisting arrest, A&Bs
Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 399696RB6
Complete description of auto: 2023 gray Nissan Rogue (MA reg 3FMR39)

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: