

# Memorandum

To: Honorable Allison Burroughs, U.S. District Judge

From: Samantha Jackson, U.S. Probation Officer

Date: May 27, 2025

Re: Michael Marshall, Docket No.: 1:25CR10103-001

---

The above-referenced case is scheduled for sentencing before Your Honor on July 10, 2025.

On April 15, 2025, this probation officer was assigned the presentence investigation for the above-mentioned case. On April 16, 2025, this officer requested that the government provide the statement of offense facts, drug laboratory certifications, and any additional information necessary to complete the presentence investigation. To date, the government has not responded to additional requests to provide this information, nor have they filed with the Court to continue the sentencing hearing. Therefore, a continuance of the sentencing hearing is being sought to a date to be determined in conjunction with the parties based on the Court's availability once the statement of offense facts has been provided to the Probation office.

1